**O'HARE PARNAGIAN LLP**

20 VESEY STREET, SUITE 300
NEW YORK, NY 10007
(212) 425-1401
Fax: (212) 425-1421
www.ohareparnagian.com

**MEMO ENDORSED**

WESTCHESTER OFFICE
700 WHITE PLAINS ROAD, SUITE 255
SCARSDALE, NY 10583
(914) 725-3632
FAX: (914) 725-3639

July 22, 2021

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarrapos Street
White Plains, NY 10601-4150

Re:   *Jorge L. Hernandez, et al. v. Home Depot U.S.A., Inc.*
      USDC/SDNY - Docket No.: 7:20-CV-03062

Dear Judge Karas:

This office represents Plaintiffs in the above-referenced matter and write on behalf of all parties. Currently, there is a case management conference scheduled for July 27, 2021 and a pre-motion conference for September 13, 2021 to address Defendant's contemplated summary judgment motion and pre-motion letters (*see* ECF Doc. Nos. 40 and 43).

All fact and expert discovery is complete. Additionally, the parties are conducting initial discussions in order to conduct a private mediation in an attempt to resolve this matter. Therefore, the parties respectfully submit this letter request to request an adjournment of the July 27, 2021 and September 13, 2021 conferences to October 26, 2021.

Respectfully,

S/ Robert A. O'Hare Jr.

Robert A. O'Hare Jr.

Granted. The Court will hold a teleconference on October 26, 2021 at 11:00 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/23/2021