

**MEMO ENDORSED**

Manuel A. Palaguachi
77 Water Street, Suite 2100
New York, New York 10005
Manuel.Palaguachi@lewisbrisbois.com
Direct: 646.783.0977

October 22, 2021

**VIA ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: Jorge L. Hernandez, et al. v. Home Depot U.S.A., Inc.
USDC/SDNY - Docket No.: 20-CV-03062

Dear Judge Karas:

We represent Home Depot U.S.A., Inc. in the above referenced matter. The parties write jointly to inform the Court that the matter has settled. The parties are in the process of exchanging closing documents and expect all to be complete in the next thirty (30) days. As such, the parties respectfully request that the conference currently scheduled before your Honor on October 26, 2021 be adjourned *sine die*. We thank the Court for its attention to this matter.

Very truly yours,

Manuel A. Palaguachi for
LEWIS BRISBOIS BISGAARD & SMITH LLP

MAP

Granted.
SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/23/2021